# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 11/18/2025 |
| Case: 25−12559−lgb | Form ID: 309F1 | Total: 76 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 9 Crosby LLC | 261 Madison Avenue   26th Floor   New York, NY 10016 |
| ust | United States Trustee | Office of the United States Trustee – NY   Alexander Hamilton Custom House   One Bowling Green, Room 534   New York, NY 10004−1408 |
| aty | Kevin J. Nash | Goldberg Weprin Finkel Goldstein LLP   125 Park Avenue, 12th Floor   New York, NY 10017 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 |
| 8642159 | ADP Inc | PO BOX 830272   Philadelphia, PA 19182 |
| 8642162 | AV360 Audio Visuals | Rentals Sales and Services   Bronx, NY 10454 |
| 8642158 | Admiral Linen/DD Linen | PO Box 1015   Copiague, NY 11726 |
| 8642160 | Amadeus Hospitality | PO Box 731577   Dallas, TX 75373 |
| 8642161 | Applicant Insight | PO Box 458   New Port Richey, FL 34656 |
| 8642164 | BBOT LLC | 228 Park Ave S PMB 16017   New York, NY 10003 |
| 8642163 | Baldor Specialty Foods Inc | PO Box 5411   New York, NY 10087 |
| 8642165 | Boston Helpdesk Inc. | 803 Summer St   Boston, MA 02127 |
| 8642166 | C3 NYC Digital LLC | 49 Beekman Ave #3   Sleepy Hollow, NY 10591 |
| 8642167 | Cendyn | Central Dynamics LLC   PO Box 1569   Cedar Park, TX 78630 |
| 8642168 | Cintas Corp | PO Box 630803   Cincinnati, OH 45263   Clean Air Group   154−05 12th Avenue   Whitestone, NY 11357 |
| 8642169 | Clean Care Laundry Services | 2430 85th Street   East Elmhurst, NY 11370 |
| 8642170 | Crescent Hotels and Resorts | 10306 Eaton Place   Ste. 430   Fairfax, VA 22030 |
| 8642172 | DH 9 Crosby LLC | c/o Proskauer Rose LLP   Attn: Yuval Tal, Esq.   Eleven Times Square   New York, NY 10036 |
| 8642171 | Dairyland USA Corp. | PO Box 30943   New York, NY 10087 |
| 8642173 | Done Right Hood and Fire Safety | 371 Liberty Avenue   Brooklyn, NY 11207 |
| 8642174 | EKHO Services | 545 E John Carpenter Freeway, Ste 1400   Irving, TX 75062 |
| 8642175 | Elliot and Shirley Encarnacion | c/o Morici and Morici, LLP   Robert Morici, Esq. 1399 Franklin Avenue   Garden City, NY 11530 |
| 8642176 | Empire Merchants LLC | 16 Bridgewater St   Brooklyn, NY 11222 |
| 8642177 | Empire Pump and Motor LLC | 25−25 Borden Avenue   Long Island City, NY 11101 |
| 8642178 | Fidan Bagirova | c/o Russ & Russ PC   Jay E. Rus, Esq. 543 Broadway   Massapequa, NY 11758 |
| 8642180 | HD Supply Facilities Maintenance Ltd | PO Box 509058   San Diego, CA 92150 |
| 8642179 | Haven Staffing Solution Corp | 652 Amsterdam Ave. Ste. 1A   New York, NY 10025 |
| 8642181 | Highmark Technical and Chiller Svcs | 49 West 45th St, 6th Floor   New York, NY 10036 |
| 8642182 | Hippodrome Services LLC | 780 E 134th Street, 1st Fl   Bronx, NY 10454 |
| 8642183 | HireRight LLC | PO Box 847891   Dallas, TX 75284 |
| 8642184 | Hotel and Gaming Trades Council AFL−CIO | 707 Eighth Avenue   New York, NY 10036 |
| 8642185 | Internal Revenue Service | Centralized Insolvency Operations   PO Box 7346   Philadelphia, PA 19101−7346 |
| 8642186 | Iris Software Systems Ltd | 4 Breams Buildings   London, EC4A1HP United Kingdom |
| 8642187 | Iron Mountain | PO Box 28128   New York, NY 10087 |
| 8642188 | Kassatex | 330 5th Avenue, 11th Fl   New York, NY 10001 |
| 8642189 | Kristen Kiley and Daniel Kiley | c/o Ellis Law Firm with Finkelstein & Pa   Attn: Linda Armattis, Esq.   1279 Route 300, Box   Newburgh, NY 12251 |
| 8642190 | La Bottega Dell Albergo USA Inc | 264 W 40th Street, Ste. 201   New York, NY 10018 |
| 8642191 | Laasie | Dallas Regional Lockbox 892289   1501 North Plano Rd, Ste 100   Richardson, TX 75081 |
| 8642192 | Leaven and Co | 220 Coster St   Bronx, NY 10474 |
| 8642193 | Lybretto Inc. | 9711 190th Avenue SE   Snohomish, WA 98290 |
| 8642194 | Mishmeret Trust Company Ltd. | Attn: Michael Friedman, Esq.   c/o Chapman and Cutler LLP   1270 Avenue of the Americas   New York, NY 10020 |
| 8642195 | Music 2 the Max | 490 Tompkins Avenue   Staten Island, NY 10305 |
| 8642197 | NYC Dept of Finance | Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038 |
| 8642198 | NYC Dept of Law | Attn: Bernadette Brennan, Esq.   100 Church St Rm 5−233   New York, NY 10007−2601 |
| 8642199 | NYS Dept of Taxation | Bankruptcy/Special Procedure   PO Box 5300   Albany, NY 12205 |
| 8642200 | New York State Attorney General | 28 Liberty Street, 16th Floor   New York NY 10005 |
| 8642196 | Newmark & Company Real Estate Inc. | 125 Park Avenue   New York, NY 10017 |
| 8642201 | Onyx Centersource | 5420 LBJ Freeway, Ste. 900   Dallas, TX 75240 |
| 8642202 | Oracle America Inc | PO Box 203448   Dallas, TX 75320 |
| 8642203 | Out of the Blue Wholesale LLC | 1271 Ryawa Avenue   Bronx, NY 10474 |
| 8642204 | Preferred Travel Grp | 38999 Eagle Way   Chicago, IL 60678 |
| 8642205 | Press Reader Inc | 200 13111 Vanier Place   Richmond, BC V6V 2J1   Canada |
| 8642206 | Pro−Plus of New York Inc. | 245 Newtown Rd, Ste. 101   Plainview, NY 11803 |

| | | | | | |
|---|---|---|---|---|---|
| 8642207 | Protravel International LLC | 1633 Broadway, 35th Fl. | New York, NY 10019 | | |
| 8642208 | Quench USA Inc. | PO Box 735777 | Dallas, TX 75373 | | |
| 8642209 | Recycle Track Systems Inc. | PO Box 25733 | New York, NY 10087 | | |
| 8642210 | Related Risk Mgmt | PO Box 60 | Mendham, NJ 07945 | | |
| 8642211 | SC 8955 LLC | 261 Madison Avenue, 17th Floor | New York, NY 10016 | | |
| 8642212 | Shaner Solutions | 1965 Waddle Road | State College, PA 16803 | | |
| 8642213 | ShelterPoint Life Insurance Co | PO Box 9340 | Garden City, NY 11530 | | |
| 8642214 | Surface Travel Inc. | 594 Broadway, Ste. 1202 | New York, NY 10012 | | |
| 8642215 | Systems Associates Inc. | 500 Lehman Ave, Ste. 29 | Bowling Green, OH 43402 | | |
| 8642216 | Teneo Hospitality Group | 16192 Highway 7 | Lower Level | Minnetonka, MN 55345 | |
| 8642217 | Total Management US LLC | 1 Liberty Plaza, 3rd Fl | New York, NY 10006 | | |
| 8642218 | Travel Media Group | Dominion Processing | PO Box 778827 | Chicago, IL 60677 | |
| 8642219 | Travel Tripper LLC dba Pegasus | PO Box 1569 | Cedar Park, TX 78630 | | |
| 8642220 | Union Beer Distributors | 1213–17 Grand St | Brooklyn NY 11211 | US Foods, Inc. | PO Box 641871    Pittsburgh, PA 15264 |
| 8642221 | V and D Mechanical Inc | DBA Vinco Mechanical | 993 Grand St. | Brooklyn, NY 11211 | |
| 8642222 | Vertex Hospitality Solutions LLC | 133 Gaither Dr., Ste. G | Mount Laurel, NJ 08054 | | |
| 8642223 | W.W. Grainger, Inc. | 100 Grainger Parkway | Palatine, IL 60038 | | |
| 8642224 | WorldOne Inc. | 2 Crosby Street | New York, NY 10013 | | |
| 8642225 | Worldwide Payments Systems SAU | Calle Diego Martinez Barrio, n.10 | Edificio Insur | Seville (41003) | |
| 8642226 | Zaim Contractor Corp | 36 John St | Staten Island, NY 10302 | | |

TOTAL: 76