**Fill in this information to identify the case:**

Debtor name: 9 Crosby LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known): 25-12559

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date (AS OF 10/31/25) | ☒ Operating a business<br>☐ Other | $25,159,378.00 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $33,603,105.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $33,325,674.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From 01/01/2025 to Filing Date (AS OF 10/31/25) | Interest Income | $39.51 |
   | **For prior year:**<br>From 01/01/2024 to 12/31/2024 | Interest Income | $132.00 |
   | **For year before that:**<br>From 01/01/2023 to 12/31/2023 | Interest Income | $1.00 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | 9 Crosby LLC | Case number (if known) | 25-12559 |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See attached spreadsheet | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | 9 Crosby Mezz LLC<br><br>Member | September 17, 2025<br>September 30, 2025 | $100,000.00 | Payment of Fees |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   9 Crosby LLC                                                                   Case number *(if known)*  25-12559

☐ None.

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kristen Kiley and Daniel Kiley v. NoMo SoHo Hotel and 9 Crosby LLC<br>154826/2023 | Tort | New York Supreme Court, New York County<br>60 Centre Street<br><br>New York, NY 10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Fidan Bagirova v. NoMo SoHo Hotel and The Sapir Organization<br>652465/2022 | Tort Claim | New York Supreme Court, New York County<br>60 Centre Street<br>New York, NY 10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Elliot and Shirley Encaracion v. 9 Crosby LLC and NoMo SoHo LLC<br>702885/2022 | Tort Claim | NY Supreme Court - Queens County<br>88-11 Sutphin Blvd. #106<br>Jamaica, NY 11435 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    |  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. |  |  |

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Debtor | 9 Crosby LLC | Case number *(if known)* | 25-12559 |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldberg Weprin Finkel Goldstein LLP<br>125 Park Avenue, 12th Floor<br>New York, NY 10017 | | November 7, 2025 | $50,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 261 Madison Avenue<br>New York, NY 10016 | |

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

| Debtor | 9 Crosby LLC | Case number (if known) | 25-12559 |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ☒ Yes. State the nature of the information collected and retained.

   > PII is collected through the Hotel Management Company, Crescent Hotels & Resorts.

   Does the debtor have a privacy policy about that information?
   ☒ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☒ Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Flagstar Bank<br>1400 Broadway<br>New York, NY 10018 | XXXX-3862 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other __ | July 8, 2025 | $0.00 |
| 18.2. | Wells Fargo Bank | XXXX-6869 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other __ | September 30, 2025 | $6,905.77 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

**26. Books, records, and financial statements**

Debtor    9 Crosby LLC                                                                 Case number (if known)  25-12559

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Kahan Group CPAS LLC<br>324 S. Service Road, Suite 122<br>Melville, NY 11747 | 2023 and 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Hay Mahluf<br>261 Madison Avenue<br>New York, NY 10016 | |
| 26c.2.    Kathy Liu<br>261 Madison Avenue<br>New York, NY 10016 | |
| 26c.3.    Sharon Raz<br>261 Madison Avenue<br>New York, NY 10016 | |
| 26c.4.    Arnold De Jesus<br>9 Crosby Street<br>New York, NY 10013 | |
| 26c.5.    John Gorski<br>10306 Eaton Pl #430<br>Fairfax, VA 22030 | |
| 26c.6.    Xin Wang<br>10306 Eaton Pl #430<br>Fairfax, VA 22030 | |
| 26c.7.    Stephen Batta<br>870 Seventh Avenue, 2nd Floor<br>New York, NY 10019 | |
| 26c.8.    Joel Reichbart<br>870 Seventh Avenue, 2nd Floor<br>New York, NY 10019 | |
| 26c.9.    Baruch Vaserman<br>261 Madison Avenue<br>New York, NY 10016 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
☐ None

| Debtor | 9 Crosby LLC | Case number *(if known)* | 25-12559 |
|---|---|---|---|

| Name and address | | |
|---|---|---|
| 26d.1. | Tel Aviv Stock Exchange<br>Ahuzat Bayit St 2<br>Tel Aviv, Israel 6525216 | |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Sasson | | Manager | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Miriam I. Katz | | Independent Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Beena Soiefer | | Independent Director | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Debtor | 9 Crosby LLC | Case number (if known) | 25-12559 |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 16, 2025

/s/ Daniel Sasson                                              Daniel Sasson
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Account Activity Report**
**Company:** SHANER SOLUTIONS LP
**Requestor:** Daniel Sasson
**Run Date:** 11/26/2025 12:57:28 EST
**Query Range:** 09/19/2025 - 11/17/2025

**BANK OF AMERICA**

**Bank of America, Virginia | 051000017**
Account | 3102 | 0668 NEW YORK NOMO SOHO OPERATING (USD)

| Date | Description | Transaction | Amount | Ledger Balance |
|---|---|---|---|---|
| 11/17/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 847.38 | 336,529.55 |
| 11/17/2025 | BOOKING.COM DES:PAYMENT | Preauthorized ACH Debit (455) | (152,545.41) | 335,682.17 |
| 11/17/2025 | NYCWATERBOARD DES:BILLPAY | Preauthorized ACH Debit (455) | (13,498.07) | 488,227.58 |
| 11/17/2025 | WIRE TYPE:WIRE OUT DATE:111725 T | Outgoing Money Transfer Debit (495) | (10,392.12) | 501,725.65 |
| 11/14/2025 | WIRE TYPE:WIRE IN DATE:111425 TI | Incoming Money Transfer Credit (195) | 1,030,000.00 | 512,117.77 |
| 11/14/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (3,000.00) | (517,882.23) |
| 11/14/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (3,000.00) | (514,882.23) |
| 11/14/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (3,000.00) | (511,882.23) |
| 11/14/2025 | RNDC Metro NY/Op DES:FintechEFT | Preauthorized ACH Debit (455) | (727.50) | (508,882.23) |
| 11/14/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (58.39) | (508,154.73) |
| 11/14/2025 | WIRE TYPE:BOOK OUT DATE:111425 T | Outgoing Internl Money Trnsfr (491) | (1,616.41) | (508,096.34) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (34,287.89) | (506,479.93) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (26,172.24) | (472,192.04) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (20,087.05) | (446,019.80) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (19,432.62) | (425,932.75) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (19,432.62) | (406,500.13) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (18,240.00) | (387,067.51) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (13,522.79) | (368,827.51) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (9,676.93) | (355,304.72) |
| 11/14/2025 | WIRE TYPE:WIRE OUT DATE:111425 T | Outgoing Money Transfer Debit (495) | (8,229.49) | (345,627.79) |
| 11/14/2025 | ACCOUNT TRANSFER TRSF TO 0290 | Individual Auto Transfer DR (501) | (455,452.23) | (337,398.30) |
| 11/14/2025 | ACCOUNT TRANSFER TRSF TO 0290 | Individual Auto Transfer DR (501) | (404,000.00) | 118,053.93 |
| 11/13/2025 | WIRE TYPE:WIRE IN DATE:111325 TI | Incoming Money Transfer Credit (195) | 400,000.00 | 522,053.93 |
| 11/13/2025 | THE HOTEL GUY LL DES:SALE | Preauthorized ACH Debit (455) | (159.11) | 122,053.93 |
| 11/13/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (29.01) | 122,213.04 |
| 11/12/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 341.59 | 122,242.05 |
| 11/12/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (202,000.00) | 121,900.46 |
| 11/12/2025 | OneNetwoEHAQISSX DES:PAYMENTS | Preauthorized ACH Debit (455) | (62,098.37) | 323,900.46 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 11/12/2025 | fintech.net DES:FintechEFT | Preauthorized ACH Debit (455) | (59.35) | 385,998.83 |
| 11/12/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (22.51) | 386,058.18 |
| 11/12/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (17.60) | 386,080.69 |
| 11/12/2025 | Check 1428 | Checks Paid Debit (475) | (150,718.98) | 386,098.29 |
| 11/12/2025 | Check 1429 | Checks Paid Debit (475) | (58,075.20) | 536,817.27 |
| 11/12/2025 | Check 1430 | Checks Paid Debit (475) | (12,366.67) | 594,892.47 |
| 11/12/2025 | Check 1422 | Checks Paid Debit (475) | (3,000.00) | 607,259.14 |
| 11/10/2025 | WIRE TYPE:WIRE IN DATE:111025 TI | Incoming Money Transfer Credit (195) | 254,000.00 | 610,259.14 |
| 11/10/2025 | Empire Merchants DES:FintechEFT | Preauthorized ACH Debit (455) | (627.50) | 356,259.14 |
| 11/10/2025 | Check 1411 | Checks Paid Debit (475) | (593.35) | 356,886.64 |
| 11/10/2025 | WIRE TYPE:WIRE OUT DATE:111025 T | Outgoing Money Transfer Debit (495) | (17,666.17) | 357,479.99 |
| 11/07/2025 | New YorkQTSNE5WQ DES:PAYMENTS | Preauthorized ACH Credit (165) | 2,226.39 | 375,146.16 |
| 11/07/2025 | Manhattan Beer D DES:FintechEFT | Preauthorized ACH Debit (455) | (649.45) | 372,919.77 |
| 11/07/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (311.22) | 373,569.22 |
| 11/07/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (217.28) | 373,880.44 |
| 11/05/2025 | WIRE TYPE:WIRE IN DATE:110525 TI | Incoming Money Transfer Credit (195) | 442,000.00 | 374,097.72 |
| 11/05/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (222,500.00) | (67,902.28) |
| 11/04/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,029.62 | 154,597.72 |
| 11/04/2025 | NYC DEPT OF FIN DES:NYCDOF PTX | Preauthorized ACH Debit (455) | (500,000.00) | 153,568.10 |
| 11/04/2025 | Check 1425 | Checks Paid Debit (475) | (14,163.95) | 653,568.10 |
| 11/04/2025 | Check 1394 | Checks Paid Debit (475) | (155.94) | 667,732.05 |
| 11/04/2025 | Check 1427 | Checks Paid Debit (475) | (96.00) | 667,887.99 |
| 11/04/2025 | Check 1426 | Checks Paid Debit (475) | (64.00) | 667,983.99 |
| 11/03/2025 | TYME GLOBAL TECH DES:SALE | Preauthorized ACH Debit (455) | (4,365.40) | 668,047.99 |
| 10/31/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Credit (165) | 3,839.49 | 672,413.39 |
| 10/31/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,538.20 | 668,573.90 |
| 10/31/2025 | Check 1423 | Checks Paid Debit (475) | (11,871.97) | 667,035.70 |
| 10/30/2025 | NYC DEPT OF FIN DES:NYCDOF PTX | Preauthorized ACH Debit (455) | (500,000.00) | 678,907.67 |
| 10/30/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (1,404.68) | 1,178,907.67 |
| 10/30/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (27.97) | 1,180,312.35 |
| 10/30/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (3.70) | 1,180,340.32 |
| 10/30/2025 | Check 1418 | Checks Paid Debit (475) | (2,019.07) | 1,180,344.02 |
| 10/30/2025 | Check 1410 | Checks Paid Debit (475) | (772.38) | 1,182,363.09 |
| 10/29/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (206,000.00) | 1,183,135.47 |
| 10/29/2025 | OneNetwoDXYQYMWM DES:PAYMENTS | Preauthorized ACH Debit (455) | (8,734.56) | 1,389,135.47 |
| 10/29/2025 | Check 1420 | Checks Paid Debit (475) | (5,581.46) | 1,397,870.03 |
| 10/29/2025 | Check 1419 | Checks Paid Debit (475) | (1,037.46) | 1,403,451.49 |
| 10/29/2025 | Check 1408 | Checks Paid Debit (475) | (315.32) | 1,404,488.95 |
| 10/28/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,025.86 | 1,404,804.27 |
| 10/28/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,087.00 | 1,402,778.41 |
| 10/28/2025 | Check 1409 | Checks Paid Debit (475) | (4,529.20) | 1,401,691.41 |
| 10/28/2025 | Check 1412 | Checks Paid Debit (475) | (3,028.52) | 1,406,220.61 |
| 10/28/2025 | Check 1416 | Checks Paid Debit (475) | (1,765.00) | 1,409,249.13 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 10/28/2025 | Check 1413 | Checks Paid Debit (475) | (394.29) | 1,411,014.13 |
| 10/27/2025 | NYS DTF PROMP ST DES:Tax Paymnt | Preauthorized ACH Debit (455) | (278,275.55) | 1,411,408.42 |
| 10/27/2025 | NYCWATERBOARD DES:BILLPAY | Preauthorized ACH Debit (455) | (15,144.27) | 1,689,683.97 |
| 10/27/2025 | SECURITY VALIDAT DES:SALE | Preauthorized ACH Debit (455) | (2,654.56) | 1,704,828.24 |
| 10/27/2025 | CHALLENGER TELEC DES:SALE | Preauthorized ACH Debit (455) | (1,714.93) | 1,707,482.80 |
| 10/27/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (1,278.02) | 1,709,197.73 |
| 10/27/2025 | RNDC Metro NY/Op DES:FintechEFT | Preauthorized ACH Debit (455) | (1,059.32) | 1,710,475.75 |
| 10/27/2025 | Check 1415 | Checks Paid Debit (475) | (28,192.54) | 1,711,535.07 |
| 10/27/2025 | Check 1417 | Checks Paid Debit (475) | (10,911.51) | 1,739,727.61 |
| 10/24/2025 | OneNetwoBJKC1ZWS DES:PAYMENTS | Preauthorized ACH Debit (455) | (145,005.90) | 1,750,639.12 |
| 10/24/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (2,459.29) | 1,895,645.02 |
| 10/24/2025 | Manhattan Beer D DES:FintechEFT | Preauthorized ACH Debit (455) | (336.90) | 1,898,104.31 |
| 10/23/2025 | BOOKING.COM DES:PAYMENT | Preauthorized ACH Debit (455) | (134,910.68) | 1,898,441.21 |
| 10/23/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (6,000.00) | 2,033,351.89 |
| 10/23/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (3,600.00) | 2,039,351.89 |
| 10/23/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (3,000.00) | 2,042,951.89 |
| 10/23/2025 | Empire Merchants DES:FintechEFT | Preauthorized ACH Debit (455) | (1,249.60) | 2,045,951.89 |
| 10/23/2025 | Check 1395 | Checks Paid Debit (475) | (9,745.51) | 2,047,201.49 |
| 10/23/2025 | WIRE TYPE:WIRE OUT DATE:102325 T | Outgoing Money Transfer Debit (495) | (19,432.62) | 2,056,947.00 |
| 10/23/2025 | WIRE TYPE:WIRE OUT DATE:102325 T | Outgoing Money Transfer Debit (495) | (8,987.22) | 2,076,379.62 |
| 10/22/2025 | WIRE TYPE:WIRE IN DATE:102225 TI | Incoming Money Transfer Credit (195) | 2,210,000.00 | 2,085,366.84 |
| 10/22/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (208,000.00) | (124,633.16) |
| 10/22/2025 | Check 1396 | Checks Paid Debit (475) | (3,028.52) | 83,366.84 |
| 10/21/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,128.71 | 86,395.36 |
| 10/21/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,804.14 | 84,266.65 |
| 10/20/2025 | EXPEDIA INC. DES:10109555 8 | Preauthorized ACH Debit (455) | (26,881.03) | 82,462.51 |
| 10/20/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (1,233.19) | 109,343.54 |
| 10/20/2025 | M3 LLC DES:VSP*M3 LL | Preauthorized ACH Debit (455) | (345.00) | 110,576.73 |
| 10/20/2025 | Check 1406 | Checks Paid Debit (475) | (6,500.00) | 110,921.73 |
| 10/17/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Credit (165) | 93.56 | 117,421.73 |
| 10/17/2025 | WIRE TYPE:WIRE IN DATE:101725 TI | Incoming Money Transfer Credit (195) | 9,390.06 | 117,328.17 |
| 10/17/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (4,495.70) | 107,938.11 |
| 10/17/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (110.17) | 112,433.81 |
| 10/17/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (16.64) | 112,543.98 |
| 10/17/2025 | Check 1392 | Checks Paid Debit (475) | (1,119.42) | 112,560.62 |
| 10/17/2025 | WIRE TYPE:WIRE OUT DATE:101725 T | Outgoing Money Transfer Debit (495) | (9,716.31) | 113,680.04 |
| 10/16/2025 | NYC DEPT OF FIN DES:NYCDOF PTX | Preauthorized ACH Debit (455) | (506,610.74) | 123,396.35 |
| 10/16/2025 | BOOKING.COM DES:PAYMENT | Preauthorized ACH Debit (455) | (72,772.31) | 630,007.09 |
| 10/16/2025 | Check 1402 | Checks Paid Debit (475) | (5,581.46) | 702,779.40 |
| 10/16/2025 | Check 1401 | Checks Paid Debit (475) | (518.73) | 708,360.86 |
| 10/16/2025 | WIRE TYPE:BOOK OUT DATE:101625 T | Outgoing Internl Money Trnsfr (491) | (3,521.80) | 708,879.59 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 10/15/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (204,000.00) | 712,401.39 |
| 10/15/2025 | Check 1398 | Checks Paid Debit (475) | (123,972.48) | 916,401.39 |
| 10/15/2025 | Check 1400 | Checks Paid Debit (475) | (47,769.21) | 1,040,373.87 |
| 10/15/2025 | Check 1407 | Checks Paid Debit (475) | (6,904.35) | 1,088,143.08 |
| 10/15/2025 | Check 1399 | Checks Paid Debit (475) | (1,137.36) | 1,095,047.43 |
| 10/15/2025 | 09/25 ACCT ANALYSIS FEE | Account Analysis Fee Debit (661) | (384.50) | 1,096,184.79 |
| 10/14/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 4,758.81 | 1,096,569.29 |
| 10/14/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 3,931.97 | 1,091,810.48 |
| 10/14/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 3,205.19 | 1,087,878.51 |
| 10/14/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (48,462.45) | 1,084,673.32 |
| 10/14/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (12,363.68) | 1,133,135.77 |
| 10/14/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (3,352.62) | 1,145,499.45 |
| 10/14/2025 | SECURITY VALIDAT DES:SALE | Preauthorized ACH Debit (455) | (2,787.29) | 1,148,852.07 |
| 10/14/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (1,209.95) | 1,151,639.36 |
| 10/14/2025 | Check 1397 | Checks Paid Debit (475) | (28,192.54) | 1,152,849.31 |
| 10/14/2025 | Check 1405 | Checks Paid Debit (475) | (4,876.85) | 1,181,041.85 |
| 10/14/2025 | Check 1404 | Checks Paid Debit (475) | (4,500.00) | 1,185,918.70 |
| 10/14/2025 | Check 1391 | Checks Paid Debit (475) | (2,219.12) | 1,190,418.70 |
| 10/14/2025 | Check 1403 | Checks Paid Debit (475) | (1,032.93) | 1,192,637.82 |
| 10/14/2025 | Check 1393 | Checks Paid Debit (475) | (772.38) | 1,193,670.75 |
| 10/10/2025 | OneNetwoL3AZUV8K DES:PAYMENTS | Preauthorized ACH Debit (455) | (200,980.04) | 1,194,443.13 |
| 10/10/2025 | SS OPERAT - 1963 DES:CASH C D | Preauthorized ACH Debit (455) | (55,819.35) | 1,395,423.17 |
| 10/10/2025 | OneNetwoBTSHVMWQ DES:PAYMENTS | Preauthorized ACH Debit (455) | (35,589.79) | 1,451,242.52 |
| 10/10/2025 | SS OPERAT - 1963 DES:CASH C D | Preauthorized ACH Debit (455) | (23,378.10) | 1,486,832.31 |
| 10/10/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (4,915.59) | 1,510,210.41 |
| 10/10/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (4,878.19) | 1,515,126.00 |
| 10/10/2025 | TYME GLOBAL TECH DES:SALE | Preauthorized ACH Debit (455) | (4,225.80) | 1,520,004.19 |
| 10/10/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (2,813.06) | 1,524,229.99 |
| 10/10/2025 | CHALLENGER TELEC DES:SALE | Preauthorized ACH Debit (455) | (1,714.93) | 1,527,043.05 |
| 10/10/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (1,192.41) | 1,528,757.98 |
| 10/10/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (628.75) | 1,529,950.39 |
| 10/09/2025 | fintech.net DES:FintechEFT | Preauthorized ACH Debit (455) | (59.35) | 1,530,579.14 |
| 10/09/2025 | WIRE TYPE:WIRE OUT DATE:100925 T | Outgoing Money Transfer Debit (495) | (23,042.17) | 1,530,638.49 |
| 10/09/2025 | WIRE TYPE:WIRE OUT DATE:100925 T | Outgoing Money Transfer Debit (495) | (20,428.67) | 1,553,680.66 |
| 10/09/2025 | WIRE TYPE:WIRE OUT DATE:100925 T | Outgoing Money Transfer Debit (495) | (19,432.62) | 1,574,109.33 |
| 10/08/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (204,000.00) | 1,593,541.95 |
| 10/07/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 4,988.13 | 1,797,541.95 |
| 10/07/2025 | Check 1374 | Checks Paid Debit (475) | (2,012.01) | 1,792,553.82 |
| 10/06/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,583.27 | 1,794,565.83 |
| 10/06/2025 | WIRE TYPE:WIRE IN DATE:100625 TI | Incoming Money Transfer Credit (195) | 1,700,000.00 | 1,791,982.56 |
| 10/06/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (6,600.00) | 91,982.56 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---:|---:|
| 10/06/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (3,000.00) | 98,582.56 |
| 10/06/2025 | DYNAMIC CONSULTI DES:SALE | Preauthorized ACH Debit (455) | (2,400.00) | 101,582.56 |
| 10/06/2025 | Empire Merchants DES:FintechEFT | Preauthorized ACH Debit (455) | (721.19) | 103,982.56 |
| 10/03/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (231.64) | 104,703.75 |
| 10/03/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (25.79) | 104,935.39 |
| 10/03/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (3.70) | 104,961.18 |
| 10/02/2025 | Check 1359 | Checks Paid Debit (475) | (3,251.33) | 104,964.88 |
| 10/01/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (209,500.00) | 108,216.21 |
| 09/30/2025 | WIRE TYPE:WIRE IN DATE:093025 TI | Incoming Money Transfer Credit (195) | 6,543.49 | 317,716.21 |
| 09/29/2025 | New YorkSFG0QTFB DES:PAYMENTS | Preauthorized ACH Credit (165) | 612.20 | 311,172.72 |
| 09/29/2025 | WIRE TYPE:WIRE OUT DATE:092925 T | Outgoing Money Transfer Debit (495) | (19,978.01) | 310,560.52 |
| 09/26/2025 | WIRE TYPE:WIRE IN DATE:092625 TI | Incoming Money Transfer Credit (195) | 46,098.00 | 330,538.53 |
| 09/26/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (200,328.73) | 284,440.53 |
| 09/26/2025 | SS OPERAT - 1963 DES:CASH C D | Preauthorized ACH Debit (455) | (78,450.52) | 484,769.26 |
| 09/26/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (659.81) | 563,219.78 |
| 09/26/2025 | Manhattan Beer D DES:FintechEFT | Preauthorized ACH Debit (455) | (641.25) | 563,879.59 |
| 09/26/2025 | WIRE TYPE:WIRE OUT DATE:092625 T | Outgoing Money Transfer Debit (495) | (24,759.49) | 564,520.84 |
| 09/25/2025 | NYS DTF PROMP ST DES:Tax Paymnt | Preauthorized ACH Debit (455) | (283,327.53) | 589,280.33 |
| 09/25/2025 | WIRE TYPE:WIRE OUT DATE:092525 T | Outgoing Money Transfer Debit (495) | (73,262.84) | 872,607.86 |
| 09/25/2025 | WIRE TYPE:WIRE OUT DATE:092525 T | Outgoing Money Transfer Debit (495) | (20,087.05) | 945,870.70 |
| 09/24/2025 | WIRE TYPE:WIRE IN DATE:092425 TI | Incoming Money Transfer Credit (195) | 1,000,000.00 | 965,957.75 |
| 09/24/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (141.58) | (34,042.25) |
| 09/23/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 3,871.71 | (33,900.67) |
| 09/23/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,297.29 | (37,772.38) |
| 09/23/2025 | NYC DEPT OF FINA DES:TAXPAYMENT | Preauthorized ACH Debit (455) | (373,552.03) | (39,069.67) |
| 09/23/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (1,367.10) | 334,482.36 |
| 09/23/2025 | IRESPONZE DES:SALE | Preauthorized ACH Debit (455) | (398.00) | 335,849.46 |
| 09/23/2025 | IRESPONZE DES:SALE | Preauthorized ACH Debit (455) | (398.00) | 336,247.46 |
| 09/23/2025 | IRESPONZE DES:SALE | Preauthorized ACH Debit (455) | (398.00) | 336,645.46 |
| 09/23/2025 | Check 1372 | Checks Paid Debit (475) | (3,121.08) | 337,043.46 |
| 09/22/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,287.96 | 340,164.54 |
| 09/22/2025 | New YorkZJOFQICR DES:PAYMENTS | Preauthorized ACH Credit (165) | 584.74 | 338,876.58 |
| 09/22/2025 | Empire Merchants DES:FintechEFT | Preauthorized ACH Debit (455) | (1,476.97) | 338,291.84 |
| 09/22/2025 | WIRE TYPE:WIRE OUT DATE:092225 T | Outgoing Money Transfer Debit (495) | (54,895.50) | 339,768.81 |
| 09/19/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,657.40 | 394,664.31 |
| 09/19/2025 | EXPEDIA INC. DES:10109201 5 | Preauthorized ACH Debit (455) | (19,256.73) | 393,006.91 |
| 09/19/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (156.82) | 412,263.64 |
| 09/19/2025 | Check 1381 | Checks Paid Debit (475) | (22,500.00) | 412,420.46 |
| 09/19/2025 | Check 1375 | Checks Paid Debit (475) | (3,062.40) | 434,920.46 |
| 09/19/2025 | Check 1378 | Checks Paid Debit (475) | (518.73) | 437,982.86 |
| 09/19/2025 | Check 1368 | Checks Paid Debit (475) | (32.43) | 438,501.59 |

# Account Activity Report

**Company:** SHANER SOLUTIONS LP  
**Requestor:** Daniel Sasson  
**Run Date:** 11/26/2025 13:07:25 EST  
**Query Range:** 08/17/2025 - 09/18/2025  

**Bank of America, Virginia | 051000017**

Account | 435029143102 | 0668 NEW YORK NOMO SOHO OPERATING (USD)

| Date | Description | Transaction | Amount | Ledger Balance |
|---|---|---|---|---|
| 09/18/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (1,556.35) | 438,534.02 |
| 09/18/2025 | M3 LLC DES:VSP*M3 LL | Preauthorized ACH Debit (455) | (345.00) | 440,090.37 |
| 09/18/2025 | Manhattan Beer D DES:FintechEFT | Preauthorized ACH Debit (455) | (297.00) | 440,435.37 |
| 09/18/2025 | Check 1387 | Checks Paid Debit (475) | (9,745.51) | 440,732.37 |
| 09/18/2025 | Check 1369 | Checks Paid Debit (475) | (772.38) | 450,477.88 |
| 09/17/2025 | WIRE TYPE:WIRE IN DATE:091725 TI | Incoming Money Transfer Credit (195) | 600,000.00 | 451,250.26 |
| 09/17/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (207,000.00) | (148,749.74) |
| 09/17/2025 | Check 1371 | Checks Paid Debit (475) | (2,797.00) | 58,250.26 |
| 09/17/2025 | Check 1376 | Checks Paid Debit (475) | (402.80) | 61,047.26 |
| 09/17/2025 | Check 1370 | Checks Paid Debit (475) | (400.74) | 61,450.06 |
| 09/16/2025 | New YorkCGINZROK DES:PAYMENTS | Preauthorized ACH Credit (165) | 6,855.00 | 61,850.80 |
| 09/16/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 456.32 | 54,995.80 |
| 09/16/2025 | NYC DEPT OF FIN DES:NYCDOF PTX | Preauthorized ACH Debit (455) | (1,007,698.09) | 54,539.48 |
| 09/16/2025 | Check 1383 | Checks Paid Debit (475) | (144,792.32) | 1,062,237.57 |
| 09/16/2025 | Check 1385 | Checks Paid Debit (475) | (55,791.54) | 1,207,029.89 |
| 09/16/2025 | Check 1382 | Checks Paid Debit (475) | (16,726.35) | 1,262,821.43 |
| 09/16/2025 | Check 1388 | Checks Paid Debit (475) | (96.00) | 1,279,547.78 |
| 09/16/2025 | Check 1386 | Checks Paid Debit (475) | (64.00) | 1,279,643.78 |
| 09/16/2025 | WIRE TYPE:WIRE OUT DATE:091625 T | Outgoing Money Transfer Debit (495) | (6,855.00) | 1,279,707.78 |
| 09/15/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,275.84 | 1,286,562.78 |
| 09/15/2025 | Check 1380 | Checks Paid Debit (475) | (64,015.66) | 1,284,286.94 |
| 09/15/2025 | Check 1379 | Checks Paid Debit (475) | (4,500.00) | 1,348,302.60 |
| 09/15/2025 | Check 1367 | Checks Paid Debit (475) | (3,115.46) | 1,352,802.60 |
| 09/15/2025 | Check 1373 | Checks Paid Debit (475) | (1,402.85) | 1,355,918.06 |
| 09/15/2025 | Check 1377 | Checks Paid Debit (475) | (144.23) | 1,357,320.91 |
| 09/15/2025 | 08/25 ACCT ANALYSIS FEE | Account Analysis Fee Debit (661) | (205.39) | 1,357,465.14 |
| 09/12/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Credit (165) | 6,495.84 | 1,357,670.53 |
| 09/12/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 3,459.59 | 1,351,174.69 |
| 09/12/2025 | SS OPERAT - 1963 DES:CASH C D | Preauthorized ACH Debit (455) | (72,791.16) | 1,347,715.10 |
| 09/12/2025 | OneNetwoZFDSSFVR DES:PAYMENTS | Preauthorized ACH Debit (455) | (55,772.76) | 1,420,506.26 |
| 09/12/2025 | OneNetwoO2LX6E5H DES:PAYMENTS | Preauthorized ACH Debit (455) | (17,097.70) | 1,476,279.02 |
| 09/12/2025 | Manhattan Beer D DES:FintechEFT | Preauthorized ACH Debit (455) | (300.90) | 1,493,376.72 |
| 09/11/2025 | WIRE TYPE:WIRE IN DATE:091125 TI | Incoming Money Transfer Credit (195) | 200,000.00 | 1,493,677.62 |
| 09/11/2025 | WIRE TYPE:WIRE OUT DATE:091125 T | Outgoing Money Transfer Debit (495) | (9,032.92) | 1,293,677.62 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 09/11/2025 | WIRE TYPE:WIRE OUT DATE:091125 T | Outgoing Money Transfer Debit (495) | (5,250.09) | 1,302,710.54 |
| 09/11/2025 | WIRE TYPE:INTL OUT DATE:091125 T | International Money Trnsfr DR (508) | (2,500.00) | 1,307,960.63 |
| 09/10/2025 | WIRE TYPE:WIRE IN DATE:091025 TI | Incoming Money Transfer Credit (195) | 1,060,000.00 | 1,310,460.63 |
| 09/10/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (228,000.00) | 250,460.63 |
| 09/10/2025 | BOOKING.COM DES:PAYMENT | Preauthorized ACH Debit (455) | (64,282.81) | 478,460.63 |
| 09/10/2025 | fintech.net DES:FintechEFT | Preauthorized ACH Debit (455) | (59.35) | 542,743.44 |
| 09/09/2025 | WIRE TYPE:WIRE IN DATE:090925 TI | Incoming Money Transfer Credit (195) | 500,000.00 | 542,802.79 |
| 09/09/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (1,045.06) | 42,802.79 |
| 09/09/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (41.48) | 43,847.85 |
| 09/09/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (16.00) | 43,889.33 |
| 09/08/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,219.66 | 43,905.33 |
| 09/08/2025 | Check 1343 | Checks Paid Debit (475) | (5,112.77) | 41,685.67 |
| 09/08/2025 | Check 1358 | Checks Paid Debit (475) | (2,356.06) | 46,798.44 |
| 09/08/2025 | Check 1352 | Checks Paid Debit (475) | (2,012.01) | 49,154.50 |
| 09/08/2025 | WIRE TYPE:WIRE OUT DATE:090825 T | Outgoing Money Transfer Debit (495) | (73,262.84) | 51,166.51 |
| 09/08/2025 | WIRE TYPE:WIRE OUT DATE:090825 T | Outgoing Money Transfer Debit (495) | (10,489.38) | 124,429.35 |
| 09/05/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (9,151.48) | 134,918.73 |
| 09/05/2025 | SECURITY VALIDAT DES:SALE | Preauthorized ACH Debit (455) | (3,036.95) | 144,070.21 |
| 09/05/2025 | Southern Glazer DES:FINTECHEFT | Preauthorized ACH Debit (455) | (529.02) | 147,107.16 |
| 09/05/2025 | Check 1366 | Checks Paid Debit (475) | (41,046.72) | 147,636.18 |
| 09/05/2025 | Check 1363 | Checks Paid Debit (475) | (14,009.28) | 188,682.90 |
| 09/05/2025 | Check 1362 | Checks Paid Debit (475) | (469.00) | 202,692.18 |
| 09/05/2025 | WIRE TYPE:WIRE OUT DATE:090525 T | Outgoing Money Transfer Debit (495) | (24,759.49) | 203,161.18 |
| 09/05/2025 | WIRE TYPE:WIRE OUT DATE:090525 T | Outgoing Money Transfer Debit (495) | (10,392.12) | 227,920.67 |
| 09/03/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 3,220.83 | 238,312.79 |
| 09/03/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,800.65 | 235,091.96 |
| 09/03/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 398.10 | 233,291.31 |
| 09/03/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (194,500.00) | 232,893.21 |
| 09/03/2025 | Check 1361 | Checks Paid Debit (475) | (965.87) | 427,393.21 |
| 09/03/2025 | Check 1360 | Checks Paid Debit (475) | (393.33) | 428,359.08 |
| 09/02/2025 | New YorkHT05W0X5 DES:PAYMENTS | Preauthorized ACH Credit (165) | 6,150.00 | 428,752.41 |
| 09/02/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 3,090.04 | 422,602.41 |
| 09/02/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (61,657.72) | 419,512.37 |
| 09/02/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (12,395.75) | 481,170.09 |
| 09/02/2025 | Southern Glazer DES:FintechEFT | Preauthorized ACH Debit (455) | (1,367.10) | 493,565.84 |
| 09/02/2025 | Check 1365 | Checks Paid Debit (475) | (42,831.25) | 494,932.94 |
| 09/02/2025 | Check 1364 | Checks Paid Debit (475) | (11,206.31) | 537,764.19 |
| 09/02/2025 | Check 1354 | Checks Paid Debit (475) | (1,658.86) | 548,970.50 |
| 09/02/2025 | Check 1349 | Checks Paid Debit (475) | (677.52) | 550,629.36 |
| 09/02/2025 | WIRE TYPE:WIRE OUT DATE:090225 T | Outgoing Money Transfer Debit (495) | (19,432.62) | 551,306.88 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---:|---:|
| 08/29/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Credit (165) | 11,302.17 | 570,739.50 |
| 08/29/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 976.69 | 559,437.33 |
| 08/29/2025 | OneNetwo7ODKYEJT DES:PAYMENTS | Preauthorized ACH Debit (455) | (104,701.11) | 558,460.64 |
| 08/29/2025 | SS OPERAT - 1963 DES:CASH C D | Preauthorized ACH Debit (455) | (90,170.89) | 663,161.75 |
| 08/29/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (21,699.66) | 753,332.64 |
| 08/29/2025 | NYCWATERBOARD DES:BILLPAY | Preauthorized ACH Debit (455) | (13,589.62) | 775,032.30 |
| 08/29/2025 | OneNetwoGFAZGVHK DES:PAYMENTS | Preauthorized ACH Debit (455) | (6,515.50) | 788,621.92 |
| 08/29/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (4,915.59) | 795,137.42 |
| 08/29/2025 | SECURITY VALIDAT DES:SALE | Preauthorized ACH Debit (455) | (3,477.21) | 800,053.01 |
| 08/29/2025 | Manhattan Beer D DES:FintechEFT | Preauthorized ACH Debit (455) | (174.25) | 803,530.22 |
| 08/29/2025 | Check 1356 | Checks Paid Debit (475) | (11,462.85) | 803,704.47 |
| 08/29/2025 | Check 1350 | Checks Paid Debit (475) | (2,787.20) | 815,167.32 |
| 08/28/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,211.74 | 817,954.52 |
| 08/28/2025 | WIRE TYPE:WIRE IN DATE:082825 TI | Incoming Money Transfer Credit (195) | 760,000.00 | 816,742.78 |
| 08/28/2025 | TYME GLOBAL TECH DES:SALE | Preauthorized ACH Debit (455) | (5,950.00) | 56,742.78 |
| 08/28/2025 | TYME GLOBAL TECH DES:SALE | Preauthorized ACH Debit (455) | (4,365.40) | 62,692.78 |
| 08/28/2025 | Check 1351 | Checks Paid Debit (475) | (5,078.37) | 67,058.18 |
| 08/27/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 825.60 | 72,136.55 |
| 08/27/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (217,000.00) | 71,310.95 |
| 08/27/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (3,246.40) | 288,310.95 |
| 08/27/2025 | CON ED OF NY DES:CECONY | Preauthorized ACH Debit (455) | (1,354.88) | 291,557.35 |
| 08/26/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 5,566.50 | 292,912.23 |
| 08/26/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 1,103.75 | 287,345.73 |
| 08/26/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 515.23 | 286,241.98 |
| 08/26/2025 | NYS DTF PROMP ST DES:Tax Paymnt | Preauthorized ACH Debit (455) | (155,365.56) | 285,726.75 |
| 08/26/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (1,212.88) | 441,092.31 |
| 08/25/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,358.53 | 442,305.19 |
| 08/25/2025 | TYME GLOBAL TECH DES:SALE | Preauthorized ACH Debit (455) | (4,365.40) | 439,946.66 |
| 08/25/2025 | Check 1348 | Checks Paid Debit (475) | (193,233.47) | 444,312.06 |
| 08/25/2025 | Check 1357 | Checks Paid Debit (475) | (14,744.93) | 637,545.53 |
| 08/25/2025 | Check 1345 | Checks Paid Debit (475) | (12,525.60) | 652,290.46 |
| 08/25/2025 | Check 1327 | Checks Paid Debit (475) | (8,274.13) | 664,816.06 |
| 08/25/2025 | Check 1346 | Checks Paid Debit (475) | (5,581.46) | 673,090.19 |
| 08/25/2025 | Check 1353 | Checks Paid Debit (475) | (2,525.04) | 678,671.65 |
| 08/25/2025 | Check 1355 | Checks Paid Debit (475) | (1,086.02) | 681,196.69 |
| 08/25/2025 | WIRE TYPE:WIRE OUT DATE:082525 T | Outgoing Money Transfer Debit (495) | (29,148.93) | 682,282.71 |
| 08/22/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 345.79 | 711,431.64 |
| 08/22/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Credit (165) | 85.54 | 711,085.85 |
| 08/22/2025 | OneNetwoI7CTMDP3 DES:PAYMENTS | Preauthorized ACH Debit (455) | (31,781.38) | 711,000.31 |
| 08/22/2025 | OneNetwoOPAGUHOE DES:PAYMENTS | Preauthorized ACH Debit (455) | (1,776.68) | 742,781.69 |
| 08/22/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (3.70) | 744,558.37 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---:|---:|
| 08/21/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 698.56 | 744,562.07 |
| 08/21/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (25.73) | 743,863.51 |
| 08/21/2025 | Check 1341 | Checks Paid Debit (475) | (469.00) | 743,889.24 |
| 08/20/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 166.29 | 744,358.24 |
| 08/20/2025 | WIRE TYPE:WIRE IN DATE:082025 TI | Incoming Money Transfer Credit (195) | 730,000.00 | 744,191.95 |
| 08/20/2025 | CRESCENT - 4326 DES:CASH C D | Preauthorized ACH Debit (455) | (194,500.00) | 14,191.95 |
| 08/20/2025 | Check 1332 | Checks Paid Debit (475) | (12,875.78) | 208,691.95 |
| 08/20/2025 | WIRE TYPE:BOOK OUT DATE:082025 T | Outgoing Internl Money Trnsfr (491) | (14,495.00) | 221,567.73 |
| 08/19/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,942.94 | 236,062.73 |
| 08/19/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 763.68 | 233,119.79 |
| 08/19/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 428.05 | 232,356.11 |
| 08/19/2025 | EXPEDIA INC. DES:10108639 9 | Preauthorized ACH Debit (455) | (19,503.64) | 231,928.06 |
| 08/19/2025 | M3 LLC DES:VSP*M3 LL | Preauthorized ACH Debit (455) | (345.00) | 251,431.70 |
| 08/19/2025 | Check 1328 | Checks Paid Debit (475) | (677.52) | 251,776.70 |
| 08/18/2025 | AIRBNB 4977 DES:AIRBNB | Preauthorized ACH Credit (165) | 2,267.63 | 252,454.22 |
| 08/18/2025 | OneNetwoGL1O4UAH DES:PAYMENTS | Preauthorized ACH Debit (455) | (64,789.25) | 250,186.59 |
| 08/18/2025 | NYCWATERBOARD DES:BILLPAY | Preauthorized ACH Debit (455) | (14,367.01) | 314,975.84 |
| 08/18/2025 | SONIFI Solutions DES:6059881000 | Preauthorized ACH Debit (455) | (10,532.47) | 329,342.85 |
| 08/18/2025 | OneNetwoAR9EKGVY DES:PAYMENTS | Preauthorized ACH Debit (455) | (9,975.38) | 339,875.32 |
| 08/18/2025 | CHALLENGER TELEC DES:SALE | Preauthorized ACH Debit (455) | (1,714.93) | 349,850.70 |
| 08/18/2025 | Check 1347 | Checks Paid Debit (475) | (41,092.22) | 351,565.63 |
| 08/18/2025 | Check 1331 | Checks Paid Debit (475) | (28,192.54) | 392,657.85 |
| 08/18/2025 | Check 1333 | Checks Paid Debit (475) | (10,550.48) | 420,850.39 |
| 08/18/2025 | Check 1344 | Checks Paid Debit (475) | (2,700.00) | 431,400.87 |
| 08/18/2025 | Check 1330 | Checks Paid Debit (475) | (393.33) | 434,100.87 |
| 08/18/2025 | WIRE TYPE:WIRE OUT DATE:081825 T | Outgoing Money Transfer Debit (495) | (52,341.14) | 434,494.20 |

| Details | Posting Date | Description | Amount |
|---|---|---|---|
| DEBIT | 06/24/2025 | BOOK TRANSFER A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL IL REF: INTEREST PAYMENT TRN: 1488700175ES 06/24 | -180000 |
| DEBIT | 06/20/2025 | BOOK TRANSFER A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL IL REF: INTEREST PAYMENT TRN: 1549300171ES 06/20 | -500000 |
| DEBIT | 06/12/2025 | BOOK TRANSFER A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL IL REF: INTEREST PAYMENT/ACC/BRANCH 600 TRN: 1259100163ES 06/12 | -2410000 |
| DEBIT | 01/30/2025 | ORIG CO NAME:NYC DEPT OF FIN    ORIG ID:1136400434 DESC DATE:    CO ENTRY DESCR:NYCDOF PTXSEC:CCD   TRACE#:028000083347292 EED:250130   IND ID:C    418404269 | -500000 |
| DEBIT | 01/06/2025 | BOOK TRANSFER A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL IL REF: REF INTEREST PAYMENT/ACC/BRANCH 600 TRN: 1237800006ES 01/06 | -120000 |
| DEBIT | 12/09/2024 | ORIG CO NAME:NYC DEPT OF FIN    ORIG ID:1136400434 DESC DATE:    CO ENTRY DESCR:NYCDOF PTXSEC:CCD   TRACE#:028000088026009 EED:241209   IND ID:C    408111841 | -144958.16 |
| DEBIT | 12/03/2024 | BOOK TRANSFER A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL IL REF: INTEREST PAYMENT/ACC/BRANCH 600 TRN: 1285100338ES 12/03 | -860000 |
| DEBIT | 11/29/2024 | ORIG CO NAME:NYC DEPT OF FIN    ORIG ID:1136400434 DESC DATE:    CO ENTRY DESCR:NYCDOF PTXSEC:CCD   TRACE#:028000082072998 EED:241129   IND ID:C    406552612 | -200000 |