UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                          Chapter 11

9 Crosby LLC,                                                   Case No. 25-12559-LGB

                              Debtor.
--------------------------------------------------------------x

### NOTICE OF BIDDING RESULTS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that the debtor herein, 9 Crosby LLC (the "Debtor"), solicited bids for the sale of substantially all assets relating to the NoMo SoHo Hotel, located at 150 Lafayette Street a/k/a 9 Crosby Street, New York, NY (the "Hotel") pursuant to the Order entered herein on December 1, 2025, [ECF No. 18], approving the bid procedures attached thereto (the "Bid Procedures"), approving the Stalking Horse Contract, and designating DH 9 Crosby LLC as the stalking horse buyer (the "Stalking Horse Buyer").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures, the deadline for the submission of bids was December 17, 2025 at 5:00 p.m. No qualified bids were timely received from any third-party offeror. In the absence of any other bidders, the Debtor has cancelled the auction scheduled for December 22, 2025 and declared the Stalking Horse Buyer to be the successful bidder for the Hotel assets. The Debtor will seek approval of the sale of the Hotel to the Stalking Horse Buyer at the hearing to confirm the sale results scheduled for January 7, 2026 at 10:00 a.m.

Dated: New York, New York
      December 18, 2025               Goldberg Weprin Finkel Goldstein LLP
                                         *Proposed Counsel to the Debtor*
                                         125 Park Avenue, 12th Floor
                                         New York, New York 10017
                                         (212) 221-5700

                                         By: */s/ Kevin J. Nash, Esq.*

To All Creditors and Parties-in-Interest Via ECF Filing